NAD-GAB, LLC

09-10645

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    114
60-249 / 433
16
9972

TID #380020

| Case | Debtor |
|---|---|
| 09-10645 A | NAD-GAB LLC |
| 92000242910466 | |
| COMBINED SMALL CHECK | |

DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

Date    03/30/2011    $ ***********7.05

~~~Seven Dollars and 05/100

Pay to the Order of   U.S. Bankruptcy Court

*David V. Adler*

DAVID V. ADLER, Trustee

⑆000000114⑆ ⑈043302493⑈ 92000242910466⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 228396    — KW
* * C O P Y * *
April 01, 2011
15:02:38

UNC.UNDER$25
09-10645

Debtor.: NAD-GAB LLC. D/B/A PROFESSIONA
Trustee: David Adler
Amount.:                    $7.05 CH
Check#.: 114

Total->    $7.05

FROM: ADLER

4/1/11
DEPOSIT TO 106000

DUE: VARIOUS -
SEE ATTACHED
LETTER

cV.

**David V. Adler,**
Trustee In Bankruptcy
P.O. Box 55129
Metairie, LA 70055
504-834-5465
832-5130 (fax)

March 30, 2011

R. Marla Hamilton
Clerk of Court
U. S. Bankruptcy Court
500 Poydras St., Rm. B-601
New Orleans, LA 70130

Re: NAD-GAB, LLC
    Case No. 09-10645

Dear Ms. Hamilton,

Enclosed, pursuant to Federal Rules of Bankruptcy Procedure 3010(a), please find check (#114) which represents dividend(s) issued to the following creditors.

| Claim No. | Claimant Name(s)      | Amount  |
| --------- | --------------------- | ------- |
| 6         | LA Motte Company      | $ 4.41  |
| 13        | Uni-Copy Technologies | 2.64    |
|           |                       | $ 7.05  |

Sincerely Yours,

*David V. Adler*

David V. Adler, Trustee

cc: Office of U.S.T., w/o enclosure(s)