IN RE: NAD-GAB, LLC        CASE NO. 09-10645

---

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**    126
60-249 / 433

TID #380020

| Case | Debtor |
|---|---|
| 09-10645 A | NAD-GAB LLC |
| 92000242910466 | |
| COMBINED SMALL CHECK | |

DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

Date 07/21/2011    $ ***********7.57

~~~Seven Dollars and 57/100

Pay to the Order of: U.S. Bankruptcy Court

*David V. Adler* (signature)
DAVID V. ADLER, Trustee

⑈000000126⑈ ⑆043302493⑆ 92000 242910466⑈

7/22/11
DEPOSITED TO UNCLAIMED
UNDER $25.00.
DUE: SEE LETTER

---

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 228863 - KW
* * C O P Y * *
July 22, 2011
15:21:50

UNC.UNDER$25
09-10645

Debtor.: NAD-GAB LLC. D/B/A PROFESSIONA
Trustee: David Adler
Amount.:      $7.57 CH
Check#.: 126

Total->   $7.57

FROM: ADLER

**David V. Adler,**
Trustee In Bankruptcy
P.O. Box 55129
Metairie, LA 70055
504-834-5465
832-5130 (fax)

FILED
2011 JUL 22 P 1:47
CLERK
UNITED STATES
BANKRUPTCY COURT
NEW ORLEANS, LA

July 21, 2011

R. Marla Hamilton
Clerk of Court
U. S. Bankruptcy Court
500 Poydras St., Rm. B-601
New Orleans, LA 70130

Re: Nad-Gab, LLC
    Case No. 09-10645

Dear Ms. Hamilton,

    Enclosed, pursuant to Federal Rules of Bankruptcy Procedure 3010(a), please find check (#126) which represents dividend(s) issued to the following creditors.

| Claim No. | Claimant Name(s) | Amount |
|---|---|---|
| 6 | LA Motte Company | $ 4.73 |
| 13 | Uni-Coy Technologies | 2.84 |
| | | $ 7.57 |

Sincerely Yours,

*David V. Adler*

David V. Adler, Trustee

cc: Office of U.S.T., w/o enclosure(s)