NAD GAB, LLC                                   09-10645

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    128
60-249/433

| Case | Debtor |
|---|---|
| 09-10645 A | NAD-GAB LLC |
| 92000242910466 | |
| UNCLAIMED FUNDS | |

TID #380020
DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

Date  10/21/2011     $ **********95.50

~~~Ninety-Five Dollars and 50/100

Pay to the Order of  CLERK, US BANKRUPTCY COURT
500 POYDRAS ST., ROOM B-601
NEW ORLEANS LA 70130-3386

*David V. Adler*
DAVID V. ADLER, Trustee

I24931: 9 2000 24 29 10466 II'

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229248   - KW
* * C O P Y * *
October 24, 2011
  15:51:16

TREASURY REGFUND
    09-10645

Debtor.: NAD-GAB LLC. D/B/A PROFESSIONA
Trustee: David Adler
Amount.:            $95.50 CH
Check#.: 128

DEPOSIT TO 6047BK
DUE: Gulf Door & Mill Work, LLC

BK #16

CVogel

Total->  $95.50

FROM: ADLER

**David V. Adler,**
Trustee In Bankruptcy
P.O. Box 55129
Metairie, LA 70055
504-834-5465
832-5130 (fax)
adler_d@bellsouth.net

October 21, 2011

Ms. R. Marla Hamilton
Clerk of Court
U. S. Bankruptcy Court
500 Poydras St., Rm. B-601
New Orleans, LA 70130

Re: Nad Gab, LLC
    Case No. 09-10645 A

Dear Ms. Hamilton,

The enclosed check (#128) represents unclaimed funds of this estate for which attempted payment was made and distributions were outstanding in excess of 90 days. Please deposit these funds into the Registry of the Court pursuant to 11 USC §347(a).

Payment of claim(s) were previously sent to:

| Canceled Check No. | Date | Claimant Name(s) | Amount |
|---|---|---|---|
| 124 | 7/21/11 | Gulf Door & Mill Work, LLC | $ 95.50 |

Sincerely Yours,

*David V. Adler*
David V. Adler, Trustee

cc: Office of U.S.T., w/o enclosure(s)